UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC LAWRENCE WRIGHT,

    Plaintiff,

v.

PAUL PASTOR, *et al.*,

    Defendants.

Case No. C08-5603 RJB/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND SERVICE FORMS FOR SERVICE OF PLAINTIFF'S AMENDED COMPLAINT

Plaintiff's Complaint has been filed. Dkt. # 4. Plaintiff names Paul Pastor and S. Kasten and two unnamed correction officers as defendants. Plaintiff has submitted four U.S. Marshal forms for service upon Paul Pastor and no service copies of his Complaint. Plaintiff is now directed to supply the information necessary so that the Court may direct the United States Marshal to serve his Complaint and summons upon the named Defendants. Therefore, it is necessary for the Plaintiff to provide the Court with two identical copies of his complaint and a completed U.S. Marshal form for Defendant S. Kasten.

Accordingly, it is **ORDERED:**

(1)     The Clerk of the Court is directed to send an additional service form to Plaintiff;

(2)     Plaintiff is directed to fill out the service form with the complete address for Defendant S. Kasten and return the service form with two (2) complete service copies of the Complaint so that the U.S. Marshal may attempt service by mail upon the named defendants. These

ORDER
Page - 1

documents must be returned on or before **December 19, 2008,** or the Court will recommend dismissal of this action for failure to prosecute.

DATED this 24th day of November, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2