UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC LAWRENCE WRIGHT,<br><br>              Plaintiff,<br>  v.<br><br>PAUL PASTOR, *et al.*,<br>              Defendants. | No. C08-5603 RJB/KLS<br><br>ORDER DENYING MOTION FOR PRODUCTION OF DOCUMENTS |

Before the Court is Plaintiff's Motion for Production of Documents from the Defendants. Dkt. 19. Plaintiff was previously advised that discovery motions are premature in light of the fact that Plaintiff has not yet submitted a sufficient complaint for filing nor has any defendant yet been served. Accordingly, it is **ORDERED**:

1) Plaintiff's Motion for Production of Documents from the Defendants (Dkt. 19) is **DENIED**; and

2) The Clerk is directed to send copies of this Order to Plaintiff.

DATED at Tacoma, Washington this  12th  day of May, 2009.

                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER - 1