UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC LAWRENCE WRIGHT,

                Plaintiff,

v.

PAUL PASTOR, *et al.*,

                Defendants.

No. C08-5603 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 21);

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

///

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

DATED at Tacoma, Washington this 10th day of June, 2009.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge