# United States District Court

WESTERN DISTRICT OF WASHINGTON

ERIC LAWRENCE WRIGHT,

        v.

PAUL PASTOR et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5603RJB/KLS

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.    The Court adopts the Report and Recommendation (Dkt. 21);

2.    This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).**

      June 12, 2009                                              BRUCE RIFKIN
                                                                                         Clerk

                                                                                 */s/ Jennie L. Patton*
                                                                                           Deputy Clerk